UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES L. MOORE,

    Plaintiff,

v.                                                            CASE NO. 8:13-cv-2660-T-26TBM

AARON PETERMAN and MIKE GLASS,
*individually and as members of the
Lakeland Police Department*, and
CITY OF LAKELAND, FLORIDA,
*d/b/a City of Lakeland Police Department*,,

    Defendants.
_____/

## **O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's submission, it is **ORDERED AND ADJUDGED** that the Plaintiff's Opposed Motion to Exclude Defense Expert Witness Kenneth R. Wallentine (Dkt. 28) is **denied without prejudice** to being raised at the appropriate juncture of the trial proceedings. In light of the Plaintiff's presentation, the Court does not perceive that this is the type of case (complicated with multiple expert witnesses) in which a Daubert hearing would prove helpful pre-trial. See Cook ex rel. Estate of Tessier v. Sheriff of Monroe Cty, Fla., 402 F.3d 1092, 1113 (11th Cir. 2005) (and cases cited).

Furthermore, the Plaintiff's motion is not supported by conflicting literature and expert testimony which signals the need for a pre-trial <u>Daubert</u> hearing.  See <u>United States v. Hansen</u>, 262 F.3d 1217, 1234 (11th Cir. 2001) (citing and quoting <u>Tanner v. Westbrook</u>, 174 F.3d 542, 546 (5th Cir. 1999)).  The Defendants shall address the substance of the Plaintiff's motion in their trial brief.

      **DONE AND ORDERED** at Tampa, Florida, on May 22, 2015.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**<u>COPIES FURNISHED TO</u>**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY